IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CODY D. VANCURA,<br><br>        Defendant. | 4:21CR3067<br><br>ORDER |

At the close of the evidentiary hearing held on July 18, 2023, the undersigned magistrate judge entered findings and a recommendation that Defendant's motion to suppress, (Filing No. 55), be denied. Defendant intends to object, and the deadline for doing so is 14 days after the transcript is available to counsel for reading in the clerk's office. (Filing No. 78). The transcript has not yet been filed.

Accordingly,

IT IS ORDERED that Defendant's motion, (Filing No. 79), is granted, and the telephone conference scheduled for August 16, 2023 is continued pending further order of the court.

Dated this 14th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge