IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3067 |
| vs. | ORDER |
| CODY D. VANCURA, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 83) to the Magistrate Judge's Findings and Recommendation (filing 78) recommending that the defendant's motion to suppress (filing 55) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 78) are adopted.

2. The defendant's objection (filing 83) is overruled.

3. The defendant's motion to suppress (filing 55) is denied.

Dated this 30th day of August, 2023.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge